FILED
DEC 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3297-WQH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., |
| RAMON MADRIGAL-NAVARRO, | ) | Secs. 952 and 960 - Importation of Cocaine (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 5, 2007, within the Southern District of California, defendant RAMON MADRIGAL-NAVARRO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 12.80 kilograms (approximately 28.16 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/18/07.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
11/20/07