AO 455 (Rev. 5/85) Waiver of Indictment

FILED

DEC 18 2007

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAMON MADRIGAL-NAVARRO

**WAIVER OF INDICTMENT**

07 CR 3297
CASE NUMBER: 07-MJ-2603

I, RAMON MADRIGAL-NAVARRO, the above-named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12-18-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

M. DeBose

Before _____
Judicial Officer