|   |   |
|---|---|
| 1 | **KERRY STEIGERWALT'S PACIFIC LAW CENTER**<br>Marcus E. DeBose   SBN 216328 |
| 2 | 4225 Executive Square, Suite 1550<br>La Jolla, California 92037 |
| 3 | 888-789-0123 |
| 4 | Attorneys for Defendant |
| 5 | **Ramon Madrigal Navarro** |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | ) | CASE NO. 07CR-3297-W2H |
|---|---|---|
| Plaintiff, | ) | |
|  | ) | MOTION & DECLARATION OF |
|  | ) | PARALEGAL, TANYA G. HAUCK |
|  | ) | IN SUPPORT OF |
|  | ) | MOTION TO CONTINUE |
|  | ) | SENTENCING |
| v. | ) | |
| **RAMON MADRIGAL-NAVARRO** | ) | |
|  | ) | Date:  4/18/08 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Dept:  Hon. William Q. Hayes |

**TO: THE HON. WILLIAM Q. HAYES, DISTRICT JUDGE and FRED SHEPARD, ASSISTANT UNITED STATES ATTORNEY;**

COMES NOW, Ramon Madrigal-Navarro, by and through his attorney Marcus, E. DeBose and respectfully moves and requests that the Court continue the above captioned sentencing. Counsel believes that good cause to continue this sentencing hearing exists because an illness of the defendant has made a Rule 5K session with the Office of United States Attorney impossible. Such request shall be based on the attached declaration of Tanya G. Hauck.

I Tanya G. Hauck declare as follows,

1. I am over the age of 18 and a paralegal at Kerry Steigerwalt's Pacific Law Center.

2. On March 27, 2008, I scheduled a Safety Valve date with Assistant United States Attorney, Fred A. Sheppard, for March 31, 2008 at 2:30 p.m.;

///
///
///

3. On March 28, 2008, I received a telephone call from Assistant United States Attorney, Fred A. Sheppard at noon stating he needed to reschedule the Safety Valve to April 4, 2008 at 2:00 p.m.;

4. On April 4, 2008 at approximately 2:08 p.m., I received a telephone call from Assistant United States Attorney, Fred A. Sheppard stating the Safety Valve has now been taken off calendar due to Mr. Madrigal's hospitalization. Mr. Madrigal was hospitalized for an eye infection.

5. On April 8, 2008, I called the Metropolitan Correctional Center to obtain the location of Mr. Madrigal. I was transferred to the voicemail for Kelly, the counselor for Mr. Madrigal, where I left a message inquiring the name of the hospital where Mr. Madrigal was currently hospitalized.

6. No one with whom I spoke was able to tell me the location of Mr. Madrigal or his availability for a Safety Valve meeting with the Unites States Attorney.

I declare under penalty of perjury that under the laws of the State of California and the United States of America that the foregoing is true and correct.

Respectfully Submitted,

Tanya G. Hauck,
Paralegal to Marcus E. DeBose, Esq.


 /s/ Tanya G. Hauck                         April 16, 2008
Tanya G. Hauck                              Date
Paralegal to Marcus E. DeBose, Esq.



Respectfully Submitted,

Marcus E. DeBose, Esq.
Attorney for Ramon Madrigal-Navarro, Defendant


 /s/ Marcus E. DeBose                       April 16, 2008
Marcus E. DeBose                            Date
Attorney for Defendant