KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
TARA MCGRATH
Assistant U.S. Attorneys
California State Bar Nos. 250781, 254209
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-7176/6920
Fred.Sheppard@usdoj.gov
Tara.McGrath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3297-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| RAMON MADRIGAL-NAVARRO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel in the above-captioned case with co-counsel Fred Sheppard. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:   None.

Please feel free to call me if you have any questions about this notice.

DATED: June 11, 2008.

KAREN P. HEWITT
United States Attorney

s/ *Tara K. McGrath*
Tara K. McGrath
Assistant United States Attorney

07-CR-3297-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAMON MADRIGAL-NAVARRO,<br><br>　　　　　Defendant. | Criminal Case No. . 07-CR-3297-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, Tara K. McGrath, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1.　　Marcus E. Debose
　　　　　Pacific Law Center
　　　　　4225 Executive Sq., Suite 1550
　　　　　LaJolla, CA 92037
　　　　　Attorney for the Defendant

　　I declare under penalty of perjury that the foregoing is true and correct.

　　EXECUTED on June 11, 2008.

　　　　　　　　　　　　　　　　　　　　　　　s/ *Tara K. McGrath*
　　　　　　　　　　　　　　　　　　　　　　　TARA K. McGRATH